

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-17-00509-CR

Ex Parte Noah **ESPADA**,
Appellant

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR3638
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant Noah Espada's unopposed motion for extension of time to file his motion for rehearing is GRANTED. The motion for rehearing is due to be filed no later than September 16, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court